IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA L. BAJSEC, | ) |
| Plaintiff, | ) Civil Action No: 2:12-cv-00160 |
| v. | ) |
| | ) JUDGE GARY L. LANCASTER |
| BOROUGH OF LEETSDALE; and JEFFREY W. WEATHERBY, JOSEPH McGURK, MELANIE DUNN, and LINDA RICE MICHAEL, in their individual capacities, | ) ELECTRONICALLY FILED |
| | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## ORDER

AND NOW, to wit this 5th day of June, 2012, upon consideration of the forgoing Motion to Excuse Attendance at Mediation, it is hereby ORDERED that said Motion is GRANTED. The insurance representative for Defendants Leetsdale Borough, Jeffrey W. Weatherby, Joseph McGurk, Melanie Dunn and Linda Rice Michael is hereby excused from attending the June 20, 2012 mediation in person, and instead shall participate in the mediation by telephone.

BY THE COURT:

_____ J.

1097828-1