IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA L. BAJSEC, | Civil Division |
| Plaintiff, | No. 12-160 |
| v. | |
| BOROUGH OF LEETSDALE; and JEFFREY W. WEATHERBY, JOSEPH McGURK, MELANIE DUNN, and LINDA RICE MICHAEL, in their individual capacities, | Chief Judge Lancaster |
| Defendants. | JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL AS TO JEFFREY W. WEATHERBY, JOSEPH MCGURK, MELANIE DUNN, AND LINDA RICE MICHAEL *ONLY*

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff stipulates to the dismissal of this matter with prejudice, as to Jeffrey W. Weatherby, Joseph McGurk, Melanie Dunn, and Linda Rice Michael, only. This Stipulation for Dismissal does not dismiss or otherwise affect Plaintiff's claims against the Borough of Leetsdale.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /S/ Suzanne B. Merrick | /S/ Christine T. Elzer |
| Suzanne B. Merrick | Samuel J. Cordes |
| Kimly C. Vu | Christine T. Elzer |
| Pa.I.D. No. 47724 (Merrick) | Pa.I.D. No. 54874 (Cordes) |
| Pa.I.D. No. 309621 (Vu) | Pa.I.D. No. 208157 (Elzer) |
| Thomas, Thomas & Hafer | Samuel J. Cordes & Associates |
| One Oxford Centre, Suite 1150 | 245 Fort Pitt Boulevard |
| 301 Grant Street | Pittsburgh, PA 15222 |
| Pittsburgh, PA 15219 | (412) 281-7991 |
| (412) 697-7403 | |
| | Attorneys for Plaintiff |
| Attorneys for Defendants | |

SO ORDERED, this 13 day of July, 2012.

_____,C.J.