IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA L. BAJSEC, | Civil Division |
| Plaintiff, | No. 12-160 |
| v. | |
| BOROUGH OF LEETSDALE; and JEFFREY W. WEATHERBY, JOSEPH McGURK, MELANIE DUNN, and LINDA RICE MICHAEL, in their individual capacities, | Chief Judge Lancaster |
| Defendants. | JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL AS TO BOROUGH OF LEETSDALE

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff stipulates to the dismissal of this matter as to the Borough of Leetsdale, with prejudice.

Respectfully submitted,

/S/ Suzanne B. Merrick
Suzanne B. Merrick
Kimly C. Vu

Pa.I.D. No. 47724 (Merrick)
Pa.I.D. No. 309621 (Vu)

Thomas, Thomas & Hafer
One Oxford Centre, Suite 1150
301 Grant Street
Pittsburgh, PA 15219
(412) 697-7403

Attorneys for Defendants

/S/ Christine T. Elzer
Samuel J. Cordes
Christine T. Elzer

Pa.I.D. No. 54874 (Cordes)
Pa.I.D. No. 208157 (Elzer)

Samuel J. Cordes & Associates
245 Fort Pitt Boulevard
Pittsburgh, PA 15222
(412) 281-7991

Attorneys for Plaintiff

SO ORDERED, this 23 day of July, 2012.

_____, C.J.